UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-196 ADM/SRN

ORIGINAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION** |
| | ) | **AND ORDER** |
| JAMES O. CRITTENDEN, JR., | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed by the parties that the defendant may be granted an additional period of time up to and including April 27, 2001, to move, answer, or otherwise respond to plaintiff's Complaint.

Dated: 2-22-01

ROBERT M. SMALL
United States Attorney

[signature]

BY: LONNIE F. BRYAN
Assistant U.S. Attorney
Attorney I.D. No. 206635
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

[signature] Feb. 3-20-01

JAMES O. CRITTENDEN, JR., pro se
Defendant

FILED APR 03 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________

IT IS SO ORDERED.

Dated: apr. 3, 2001

Susan Richard Nelson
United States Magistrate Judge
United States District Court